UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-20613-Civ–COOKE/TORRES

TATIANA RIBEIRO,

    Plaintiff,

vs.

GENUINE & UNIQUE, LLC d/b/a
GENUINE & UNIQUE FURNITURE,

    Defendant.
_____/

## ORDER

THIS MATTER is before me on Defendant's Motion to Enter Judgment on Acceptance of Offer of Judgment ("Motion for Entry of Judgment") (ECF No. 20). After reviewing Defendant's Motion for Entry of Judgment, the record, and relevant legal authorities, Defendant's Motion for Entry of Judgment is granted.

### I.  LEGAL STANDARD

Federal Rule of Civil Procedure 68 provides that at least fourteen days before trial, a defending party may serve a plaintiff with an offer to allow a judgment on specified terms. Fed.R.Civ.P. 68(a). If the plaintiff accepts the offer within fourteen days, then judgment is entered. *Id.* If the plaintiff does not accept the offer, the offer is deemed withdrawn. Fed.R.Civ.P. 68(b).

### II.  DISCUSSION

In support of its Motion for Entry of Judgment, Defendant attached a copy of both its Offer of Judgment and proof of service. *See* Ex. 1, 2, ECF Nos. 20-1, 20-2. A review of the exhibits reveals that the Offer of Judgment was served on Plaintiff via certified mail on June 23, 2015 and received by Plaintiff on June 30, 2015. Defendant also attached an email exchange with Plaintiff's counsel wherein Plaintiff's counsel indicated, in an email sent July 7, 2015, Plaintiff's acceptance of Defendant's Offer of Judgment. *See* Ex. 3, ECF No. 20-3. Therefore, Defendant has presented sufficient evidence to indicate that Plaintiff timely accepted Defendant's Offer of Judgment.

### III. CONCLUSION

Accordingly, it is **ORDERED and ADJUDGED** that Defendant's Motion to Enter Judgment on Acceptance of Offer of Judgment (ECF No. 20) is **GRANTED** as follows:

1. Judgment is hereby entered in favor of Plaintiff Tatiana Ribeiro and against Defendant Genuine & Unique, LLC d/b/a Genuine & Unique Furniture pursuant to the terms of Defendant's Offer of Judgment.

2. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

3. This Court shall retain jurisdiction over the parties to enforce compliance with Defendant's Offer of Judgment and to determine any attorney's fees and costs owed to Plaintiff.

**DONE and ORDERED** in chambers at Miami, Florida, this 25th day of August 2015.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*